UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:19-cv-21507-MGC

SEOUL SEMICONDUCTOR CO., LTD.,
a Korean corporation, SEOUL VIOSYS
CO., LTD., a Korean corporation,

    Plaintiffs,

v.

SATCO PRODUCTS, INC.,

    Defendant.

_____/

## JOINT SCHEDULING REPORT

Plaintiffs Seoul Semiconductor Co., Ltd. ("Seoul Semiconductor") and Seoul Viosys Co., Ltd. ("Seoul Viosys") (collectively, "Plaintiffs") and Defendant Satco Products, Inc. ("Satco") (Plaintiffs and Satco are collectively referred to herein as "the parties"), through their respective counsel and pursuant to Fed. R. Civ. P. 16(b) and 26(f), S.D. Fla. L.R. 16.1, and this Court's May 9, 2019 Order (ECF No. 9), respectfully submit this Joint Scheduling Report and Joint Proposed Scheduling Order.

### REPORT OF THE PARTIES' FED. R. CIV. P. 26(f) CONFERENCE

**A.**    **The Likelihood of Settlement**

The parties have not yet engaged in formal settlement discussions, but agree that such discussions may begin before a formal mediation process has been scheduled. At this juncture, it is too early to determine the realistic prospects for settlement.

**B.**    **The Likelihood of Appearance in the Action of Additional Parties**

The parties have met and conferred on the issue of whether additional parties will be added. At this juncture, it is too early to determine whether it may be necessary to add one or more parties to this action, should discovery indicate that this is necessary.

**C.**    **Proposed Limits on the Time**

The parties respectfully direct the Court to the attached Joint Proposed Scheduling

Order Pursuant to Local Rule 16.1(b) ("Joint Proposed Scheduling Order"). Pursuant to the Court's May 9, 2019 Order (ECF No. 9), the parties have included Attachment A: Pretrial Deadlines, Pretrial Conferences and Trial Date to this Joint Scheduling Report (with additions to the Court's standing order bracketed and deletions struck through). To the extent there is any conflict between the Joint Proposed Scheduling Order and Attachment A, the Joint Proposed Scheduling Order shall control.

**D.    Proposals for the Formulation and Simplification of Issues**

At this time, the parties have not yet reached agreement on proposals for the formulation and simplification of issues but will discuss the formulation and simplification of issues based on the conduct of discovery in the case. The parties have agreed to work together to simplify the issues before any trial of this matter. Satco proposes that the case be governed by the Federal Circuit's Model Order Limiting Excess Patent Claims And Prior Art, attached hereto as Exhibit 1. Plaintiffs, however, do not agree that the matter should be governed by the Federal Circuit's Model Order Limiting Excess Patent Claims And Prior Art.

**E.    The Necessity or Desirability of Amendments to the Pleadings**

The parties have agreed to amend the pleadings if necessary by the dates set forth in the attached Joint Proposed Scheduling Order.

**F.    The Possibility of Obtaining Admissions Which Will Avoid Unnecessary Proofs**

The parties expect to serve interrogatories and requests for admissions that will seek to avoid unnecessary proofs. The parties will discuss stipulations regarding the authenticity of documents, electronically stored information or things, and the admissibility of evidence wherever possible. At this time, the parties are unaware of any need for advance rulings from the Court on the admissibility of evidence.

**G.    Suggestions for the Avoidance of Unnecessary Proof and of Cumulative Evidence**

At present, the parties have no suggestions but will work to avoid unnecessary proof and cumulative evidence.

**H.    Suggestions on the Advisability of Referring Matters to a Magistrate Judge or Master**

At this time, the parties do not consent to trial before the Magistrate (*see* Attachment C).

**I.       A Preliminary Estimate of the Time Required for Trial**

The parties have met and conferred and have agreed to continue these discussions. At this juncture, Plaintiffs anticipate that they will need 5 days for a trial, and Defendant anticipates it will need 3 weeks for a trial.

**J.       Requested Dates for Conferences**

The parties respectfully direct the Court to the attached Joint Proposed Scheduling Order for proposed dates for conferences.

**K.       Discovery Issues**

The parties agree to exchange logs of documents withheld on the basis of privilege on a date to be determined by the parties. The parties agree that privileged communications and/or work product created on or after April 19, 2019, need not be included on the privilege logs exchanged unless specifically requested. The parties agree that any claim of privilege asserted in objecting to any interrogatory or production demand will include the information contained in S.D. Fla. Local Rule 26.1(g)(3).

The parties are discussing the need for limits on discovery, including limits on the number of requests for production, interrogatories, requests for admission, and party depositions. The parties will notify the Court if intervention is necessary to help the parties reach agreement.

In light of the fact that disclosure of confidential and proprietary information will be necessary in this case, the parties agree to meet and confer on a proposed protective order to submit to the Court for approval.

To the extent this action requires the production of electronically stored information ("ESI"), the parties intend to prepare an agreement governing such ESI production and agree to use the ESI Checklist available on the Court's website to guide negotiation of that ESI agreement.

Dated:  June 24, 2019

Respectfully submitted,

By: *s/ Richard Guerra*
    Richard Guerra
    Fla. Bar No. 689521
    Email: rguerra@brickellip.com
    Rafael Perez
    Fla. Bar No. 543101
    Email: rperez@brickellip.com
    **THE BRICKELL IP GROUP, PLLC**
    1101 Brickell Avenue
    South Tower, Suite 800
    Miami, Florida 33131

    Michael Eisenberg
    (*admitted pro hac vice*)
    Email: Michael.Eisenberg@hklaw.com
    **HOLLAND & KNIGHT, LLP**
    31 West 52nd Street
    New York, NY 10019
    Telephone: (212) 513-3529
    Facsimile: (212) 385-9010

    *Attorneys for Plaintiffs*

By: *s/ David A. Coulson*
    David A. Coulson
    Fla. Bar No.: 176222
    Email: coulsond@gtlaw.com
    Robert S. Galbo
    Florida Bar No.: 106937
    Email: galbor@gtlaw.com
    **GREENBERG TRAURIG, P.A.**
    333 S.E. 2nd Avenue, Suite 4400
    Miami, Florida 33131
    Telephone: (305) 579-0500
    Facsimile: (305) 579-0717

    Scott J. Bornstein
    (*admitted pro hac vice*)
    Email: bornsteins@gtlaw.com
    Elena B. Araj
    (*admitted pro hac vice*)
    Email: araje@gtlaw.com
    **GREENBERG TRAURIG, P.A.**
    200 Park Ave
    New York, NY 10166

    Nicholas A. Brown
    (*admitted pro hac vice*)
    Email: brownn@gtlaw.com
    **GREENBERG TRAURIG, P.A.**
    4 Embarcadero Ctr, Ste. 3000
    San Francisco, CA 94111-5983
    Telephone: (415) 655-1271

    Of counsel:
    Robert P. Lynn, Jr.
    Email: rplynn@lgdlaw.com
    Stephen W. Livingston
    Email: swlivingston@lgdlaw.com
    **LYNN GARTNER DUNNE, LLP**
    330 Old Country Road, Suite 103
    Mineola, NY 11501
    Telephone: (516) 742-6200

    *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by CM/ECF notice on June 24, 2019 on all counsel or parties of record on the Service List below.

*s/ Richard Guerra*
Richard Guerra

## **SERVICE LIST**

David A. Coulson
Email: coulsond@gtlaw.com
Robert S. Galbo
Email: galbor@gtlaw.com
**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

Scott J. Bornstein
Email: bornsteins@gtlaw.com
Elena B. Araj
Email: araje@gtlaw.com
**GREENBERG TRAURIG, P.A.**
200 Park Ave
New York, NY 10166

Nicholas A. Brown
Email: brownn@gtlaw.com
**GREENBERG TRAURIG, P.A.**
4 Embarcadero Ctr, Ste. 3000
San Francisco, CA 94111-5983
Telephone: (415) 655-1271

3

*Attachment A*: **Pretrial Deadlines, Pretrial Conference and Trial Date**

[October 25, 2019 Amendment of pleadings, other than to join parties.]

[May 11, 2020] All *Markman* motions and accompanying memoranda of law must be filed.]

June 12, 2020 Joinder of parties and claims, and amendment of pleadings.

August 21, 2020 Parties will furnish opposing counsel with a written list containing the names and addresses of all fact witnesses intended to be called at trial and only those witnesses listed will be permitted to testify unless good cause is shown and there is no prejudice to opposing party. The parties are under a continuing obligation to supplement discovery responses within ten days of receipt or other notice of new or revised information.

September 11, 2020 All fact discovery must be completed.

October 9, 2020 Plaintiff [Any party having the burden of proof on any claims at issue] must furnish expert witness list[s] to the Defendant, along with the summaries/reports required by Fed. R. Civ. P. 26(a)(2), and only those expert witnesses will be permitted to testify. Within the fourteen-day period thereafter, Plaintiff [the disclosing party] will make its experts available for deposition by Defendant.

December 18, 2020 All dispositive *and* other pretrial motions not explicitly excluded by Local Rule 7.1(a)(1), and accompanying memoranda of law must be filed. A minimum of 17 weeks is required for the Court to review dispositive motions prior to filing of the joint pretrial stipulation. If no dispositive motions will be filed, clearly note this fact in the Joint Scheduling Report.

November 6, 2020 Defendant [The parties] must furnish expert [rebuttal] witness list[s] to the Plaintiff along with the summaries/reports required by Fed. R. Civ. P. 26(a)(2), and only those expert witnesses will be permitted to testify. Within the fourteen-day period thereafter, Defendant [the parties] will make its experts available for deposition by Plaintiff.

December 4, 2020 All expert discovery must be completed.

February 12, 2021 All Daubert and Markman motions and accompanying memoranda of law must be filed. *If a Daubert or Markman hearing is necessary, add that as an additional deadline at the bottom of Attachment A.*

February 19, 2021 Mediation must be completed. (The parties should select the earliest date to maximize resolution of the case in a manner that promotes client and judicial economy.)

April 30, 2021 (a) Joint pretrial stipulation must be filed pursuant to Local Rule 16.1(e). The pretrial stipulation will include Plaintiff's non-binding breakdown of damages with corresponding amounts; the witness lists will be pared down to those witnesses the parties actually intend to call at trial; and the exhibit lists will identify the witness introducing each

exhibit. The parties will meet at least one month prior to the deadline for filing the pretrial stipulation to confer on the preparation of that stipulation. The Court will not accept unilateral pretrial stipulations, and will strike, *sua sponte*, any such submissions; and

(b) Joint Summary of Respective Motions *in Limine* must be filed. The Summary will contain a cover page providing the style of the case and an index of the motions *in limine*. The Summary will also include for each evidentiary issue: (*i*) a one page motion identifying the evidence sought to be precluded at trial and citing legal authority supporting exclusion; and (*ii*) a one page response to the motion providing a statement of the purpose for which the challenged evidence would be offered and citing legal authority in support of admission of the challenged evidence. The parties will work together to prepare the Summary. Prior to submission of the Summary, the parties are encouraged to resolve evidentiary issues through stipulation.

June 2, 2021 Final proposed jury instructions (for jury trial) or findings of fact and conclusions of law (for bench trial) must be submitted. *(A courtesy copy will be submitted to chambers at cooke@flsd.uscourts.gov, in Microsoft Word format).* Each party's trial witness list, with one-sentence synopsis and time needed for direct and cross examination; proposed *voir dire* questions; and deposition designations.

June 7, 2021 Trial Date.


[June 29, 2020 Deadline for *Markman* hearing to be held.]

*Attachment C*: Magistrate Judge Jurisdiction Election Form

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## Case No. 19-21507-Civ-COOKE/GOODMAN

SEOUL SEMICONDUCTOR CO.,
LTD., *a Korean corporation*, *et al.*,

      Plaintiffs,

vs.

SATCO PRODUCTS, INC.,

      Defendant.
_____/

## ELECTION TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE FOR FINAL DISPOSITION OF MOTIONS

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned parties to the above-captioned civil matter hereby jointly and voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

1. Motions for Costs Yes _____ No _x__
2. Motions for Attorney's Fees Yes _____ No __x__
3. Motions for Sanctions Yes _____ No __x__

 6/24/2019        /Richard Guerra/_____
(Date)              (Signature-Plaintiffs' Counsel)

 6/24/2019        /David A. Coulson/_____
(Date)              (Signature-Defendant's Counsel)